PROB 12B
(7/93)

Report Date: March 24, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 3 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffrey Dean Perkins   Case Number: 2:96CR02005-001

Name of Sentencing Judicial Officer: The Honorable Alan A McDonald

Date of Original Sentence: 5/31/1996    Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm or   Date Supervision Commenced: 11/24/2004
Destructive Device, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 120 Months; TSR - 36   Date Supervision Expires: 11/23/2007
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall complete a mental health evaluation and follow any treatment recommendations, as recommended
      by the treatment provider.  You shall allow reciprocal release of information between the supervising
      probation officer and treatment provider.  You shall contribute to the cost of treatment according to your
      ability.

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from this substance.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

On March 14, 2006, Mr. Perkins submitted to a urinalysis which tested presumptive positive for methamphetamine.
The specimen was sent to Scientific Testing Laboratory for confirmation. On March 21, 2006, Mr. Perkins was cited
for driving under the influence. His next hearing is scheduled for April 10, 2006. Mr. Perkins has agreed to
participate in drug and alcohol counseling, in addition, he has also requested he received a mental health evaluation.

Prob 12B
**Re: Perkins, Jeffrey Dean**
**March 24, 2006**
**Page 2**

Therefore, this officer respectfully recommends Mr. Perkins' conditions be modified as noted above.

Respectfully submitted,

by

Jose Zepeda
U.S. Probation Officer
Date: March 24, 2006

THE COURT ORDERS

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[  ]  Other

Signature of Judicial Officer
ALAN A. McDONALD

Date